**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6752**
_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

GEORGE WILLIE DAVIS,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:08-cr-00133-RAJ-TEM-1)

_____

Submitted:  July 19, 2012          Decided:  July 26, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George Willie Davis, Appellant Pro Se.  Jessica M. Norris, Special Assistant United States Attorney, Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Willie Davis appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Davis</u>, No. 4:08-cr-00133-RAJ-TEM-1 (E.D. Va. filed Apr. 5, 2012 & entered Apr. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>